Susan St. .Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

FILED
APR 04 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket 6:12-MJ-0023-MJS |
| Plaintiff, | MOTION TO DISMISS; AND ORDER THEREON THEREON |
| v. | |
| ANTONIO PONCE VASQUEZ, | |
| Defendant. | |

The parties reached a resolution whereby Defendant was issued a citations for driving without a license, and Defendant paid that citation. Therefore, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice of the single violation charged in case number 6:12-mj-0023-MJS.

Dated: February 25, 2012              NATIONAL PARK SERVICE


                                      /S/ Susan St. Vincent
                                      Susan St. Vincent
                                      Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter be dismissed, without prejudice, in the interest of justice.

Dated: 4/4/18, ~~2012~~

By: _____
Honorable Michael J. Seng
United States Magistrate Judge